UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DEXTER J. SCOTT,                          )
                                          )
                 Plaintiff,               )
                                          )
vs.                                       )          **JUDGMENT IN A CIVIL CASE**
                                          )          **CASE NO. 5:23-CV-566-D**
UNITED STATES OF AMERICA,                 )
INTERNAL REVENUE SERVICE, DAVID           )
A. HUBBERT, DEPARTMENT OF                 )
TREASURY and COMMISSIONER OF              )
INTERNAL REVENUE,                         )
                                          )
                 Defendants.              )


**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES plaintiff's motion for entry of default [D.E. 13]. The court GRANTS defendants' motion to dismiss [D.E. 11] for the reasons stated in defendants' memorandum of law [D.E. 11-1]. The court DISMISSES WITHOUT PREJUDICE plaintiff's complaint.


This Judgment filed and entered on August 14, 2024, and copies to:
Joshua Daniel Zimber        (via CM/ECF electronic notification)
Robert J. Atras             (via CM/ECF electronic notification)
Dexter J. Scott             (via US Mail to 7812 Sonoma Creek Ln., Wake Forest, NC 27587)


August 14, 2024                    Peter A. Moore, Jr.
                                   Clerk of Court



                              By:  /s/ Stephanie Mann
                                   Deputy Clerk